IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JAMEY PAUL BURRAGE                                                    PLAINTIFF

V.                                         CIVIL ACTION NO. 1:20-CV-00180-DAS

LEE COUNTY                                                           DEFENDANT

FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, Plaintiff's

Section 1983 complaint is hereby **DISMISSED with prejudice** for failure to state a claim upon

which relief can be granted. This dismissal counts as a "strike" under 28 U.S.C.

1915(e)(2)(B)(ii) and 1915(g).

**SO ORDERED**, this the 23rd day of March, 2021.

/s/ David A. Sanders
**DAVID A. SANDERS**
**UNITED STATES MAGISTRATE JUDGE**